■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE RICHARDSON, Appellant. (Appeal No. 2.) [21 NYS3d 917]—Appeal from a judgment of the Wayne County Court (Dennis M. Kehoe, J.), rendered August 12, 2014. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that said appeal is unanimously

dismissed (*see People v Scholz*, 125 AD3d 1492 [2015], *lv denied* 25 NY3d 1077 [2015]). Present—Smith, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ.